**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jeffery D. Montgomery,<br><br>Defendant,<br>and<br><br>ESI Mail Pharmacy Service, Inc.,<br><br>Garnishee. | **CV-03-1853-PHX-LOA**<br><br>**GARNISHMENT DISPOSITION ORDER** |

    A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee mailed its Answer on or about January 25, 2008, stating that at the time of the service of the Writ it had in its possession non-exempt earnings belonging to and due defendant, and that garnishee was indebted to defendant.

    On January 15, 2008, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property or to object to the answer.

    IT IS ORDERED that Garnishee pay the sum of 25% of defendant's non-exempt earnings to plaintiff and continue withholding the defendant's non-exempt earnings and

paying them to the plaintiff until the debt to the plaintiff is paid in full or until the garnishee no longer has possession of any non-exempt earnings belonging to the debtor or until further Order of this court. Checks should be made payable to Department of Justice and mailed to U.S. Attorney's Office, Financial Litigation Unit, 405 West Congress, Suite 4900, Tucson, Arizona 85701-5041.

DATED this 6th day of March, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge